IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HELEN MCLAUGHLIN | ) | CIVIL ACTION NO. 14-7315 |
| | ) | |
| Plaintiff, | ) | No. 17-4936 (Gonzalez) |
| v. | ) | |
| | ) | |
| BAYER ESSURE, INC., et al., | ) | |
| | ) | |
| Defendants | ) | |
| | ) | |
| And Related Actions | ) | |
| | ) | |

**STIPULATION OF VOLUNTARY DISMISSAL OF INDIVIDUAL PLAINTIFFS
AND ORDER THEREOF**

Pursuant to Federal Rule of Civil Procedure 41(a) the parties in the above captioned matter, by

their counsel, hereby stipulate and agree to the dismissal of the above captioned matter as to the

plaintiffs Maria Gonzalez, Israel Gonzalez, Shatequa Anderson, Asher Anderson, Linda Bradley,

Daneisha Pitts, Samantha Page, and Tamika Scott, individually, with prejudice to the plaintiffs.

Dated:  April 30, 2019

Respectfully Submitted,

**COWPER LAW, LLP**
*Attorneys for Plaintiffs*
10880 Wilshire Boulevard
Suite 1840
Los Angeles, CA 90024
Telephone:  (877) 529-3707
Facsimile:  (877) 284-0980


By:

*/s/ C. Moze Cowper*
C. MOZE COWPER, ESQ.
New Jersey Bar No. 004542001
Texas Bar No. 24095180
Washington D.C. No. 1048045

**SIDLEY AUSTIN LLP**
*Attorneys Counsel for Defendants*
One South Dearborn Street
Chicago, IL 60603
Telephone:  (312)853-7123
Facsimile:  (312)853-7036

By:

*/s/ Elizabeth C. Curtin*
ELIZABETH C. CURTIN, ESQ.


**IT IS SO ORDERED:**


Dated: _____           _____

                                          Hon. John R. Padova